PO Box 1992
Southgate, MI 48195-0992

**PRIORITY MESSAGE**

FEBRUARY 8, 2016



Christy Rigsby

IN

**Harvard Collection Services Inc**
4839 N Elston Avenue
Chicago, IL 60630-2534
GREENWAY TRAILS EMERG PHY

### ACCOUNT IDENTIFICATION
Current Creditor     : PENDRICK CAPITAL PARTNERS II
Original Creditor    : GREENWAY TRAILS EMERG PHY
Account Number
Reference Number
Patient's Name       : Rigsby, Christy
Amount Owed          : $ 620.00
Settlement Amount    : $ 403.00

Our client has authorized us to settle your obligation for 65% of the Total Amount Due. To accept this offer, pay $ 403.00 within 30 days of the receipt of this letter. This settlement offer is guaranteed for no longer than 30 days. Upon expiration we reserve the right to modify or revoke it. You may contact our office to discuss an extension of this offer or for alternate payment arrangements.

Federal law gives you 30 days after you receive this letter to dispute the validity of the debt or any part of it. If you don't dispute it within that period, we will assume that it is valid. If you do dispute it and notify us in writing to that effect, we will obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, we will furnish you with that information too.

If you request proof of the debt or the name and address of the original creditor within the 30 day period that begins with your receipt of this letter, the law requires us to suspend our efforts to collect the debt until we mail the requested information to you.

Recovery Unit 888-973-5741
Harvard Collection Services, Inc.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Sending an eligible check for payment to us is deemed sufficient authorization to complete the payment by electronic debit. By doing so, your checking account will be debited for the amount of the check and your cancelled check will not be returned to your bank.

---

Detach and Return with Payment
Enter the requested information in the spaces provided below:

**To pay by credit card, please complete the information below:**

Check one:    ☐ Visa     ☐ MasterCard

Card Number:  ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Expiration Date: ☐☐☐☐

Payment Amount: _____

Signature: _____

Enclosing this notice with your payment
will expedite credit to your account.

Make checks payable and send to
Harvard Collection Services, Inc.

Creditor           : PENDRICK CAPITAL PARTNERS II
Client Account #   :
Identification No. :
Date of Service    : 09-13-13
Patient's Name     : Rigsby, Christy
Amount Owed        : $ 620.00
Settlement Amount  : $ 403.00

Harvard Collection Services, Inc.
4839 N Elston Avenue
Chicago, IL 60630-2534



EXHIBIT C